# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:05-CR-277-10-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RICHARD RATLIFF, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PRIORITY AUTOMOTIVE ) | |
| HUNTERSVILLE, INC., ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion for Dismissal of Writ of Garnishment" (Document No. 726) filed December 27, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS THEREFORE, ORDERED** that "Motion for Dismissal of Writ of Garnishment" (Document No. 726) is **GRANTED.** The Writ of Continuing Garnishment filed against Defendant Richard Ratliff, as to Garnishee, Priority Automotive Huntersville, Inc., (Document No. 713) is **DISMISSED**.

Signed: January 22, 2013

David C. Keesler
United States Magistrate Judge